```
                                          Brookstone Law, PLC
                                       c/o Scott Bernard, Counsel
                                          1113 Range Ave., #110-109
                                       Denham Springs, Louisiana 70726
```

---

## Suit at Common-Law
## With Common-Law Jury Demand

| | |
|---|---|
| Kerry Murray | CASE #:_____ |
| Versus | |
| Milouse Saint-Fleur<br>Christopher Stropes | |

## 1. Parties and Capacity of

**Kerry Murray**, the aggrieved bringing this suit at common-law, who is of the people, with private and inalienable rights, and not bound by commercial, statutory, and/or legal authority.

**Milouse Saint-Fleur**, the alleged causer of the grievance(s) named in this suit at common-law, who is of the people, with inalienable rights, who does serve as a Deputy Sheriff for and within Pinellas County, State of Florida, being bound by the office held to commercial, statutory, and/or legal authority.

**Christopher Stropes**, the alleged causer of the grievance(s) named in this suit at common-law, who is of the people, with inalienable rights, who does serve as a Deputy Sheriff for and within Pinellas County, State of Florida, being bound by the office held to commercial, statutory, and/or legal authority.

## 2. Introduction to Claim and Background

This Suit at Common-Law is brought against Milouse Saint-Fleur and Christopher Stropes in their capacity as being of the people, bearing unlimited liability and without protections under qualified immunity, for conspiring to use publicly funded manpower, military-grade equipment, weaponry, and intimidation to carry out my unlawful arrest and false imprisonment.

The collective conduct of Milouse Saint-Fleur and Christopher Stropes does establish, under the standard of reasonable-articulable suspicion, the triable allegations of breach of duty, breach of sworn oath, abuse of authority, gross negligence, theft of property, deprivation of rights under the color of law, conspiracy, failure to uphold the law, treason, human trafficking, and crimes against humanity, resulting in the violation of my protections under the Bill of Rights and constitution, and the causing of undue harm and detriment to me.

## 3. Facts

On 2024-12-12, at approximately 09:00, I was traveling in my automobile that bears a private (non-government issued) plate in a conspicuous location on the rear bumper, when Milouse Saint-Fleur activated emergency lighting, followed behind me, and arrested my locomotion.

Milouse Saint-Fleur asked me to provide a driver's license and I was unable to comply as I do not possess such a license.

I was subsequently arrested, and the person of KERRY SUZANNE MURRAY was charged with a variety of traffic related offenses.

On 2025-02-12 at 13:00, I was traveling in my automobile that bears a private (non-government issued) plate in a conspicuous location on the rear bumper, when Christopher Stropes activated emergency lighting, followed behind me, and arrested my locomotion.

Christopher Stropes asked me to provide a driver's license and I was unable to comply as I do not possess such a license.

I was subsequently arrested, and the person of KERRY SUZANNE MURRAY was charged with a variety of traffic related offenses.

### 4. Establishment of Allegations

Milouse Saint-Fleur and Christopher Stropes who are bound under the penalty of law to uphold the constitution, inclusive of the Bill of Rights, and perform the prescribed duty(s) at all times with honesty, integrity, and professionalism, without a showing of bias, partiality, regard of persons, or reckless disregard of a duty and consequences to another party.

Milouse Saint-Fleur and Christopher Stropes serve as public law enforcement officials who are devoid of authority to regulate anyone who is of the people, endowed by our creator with inalienable rights, and not bound by commercial, statutory, or legal authority.

Milouse Saint-Fleur and Christopher Stropes serve as public law enforcement officials who are devoid of authority to regulate private (non-registered) automobiles owned by anyone who is of the people, endowed by our creator with inalienable rights, and not bound by commercial, statutory, or legal authority.

Milouse Saint-Fleur and Christopher Stropes serve as public law enforcement officials who are devoid of authority to confiscate and/or seize private property, of any kind, owned by anyone who is of the people, endowed by our creator with inalienable rights, and not bound by commercial, statutory, or legal authority.

Milouse Saint-Fleur and Christopher Stropes serve as public law enforcement officials who are devoid of authority to circumvent the rights of anyone who is of the people, endowed by our creator with inalienable rights, and not bound by commercial, statutory, or legal authority.

Accordingly, upon consideration of the herein-above facts Milouse Saint-Fleur and Christopher Stropes have jointly and severally established, under the standard of reasonable-articulable suspicion, the triable allegations of:

- **Breach of Duty of Care** by failing to find the truth prior to ordering the external enforcement function of a false arrest,

imprisonment, and seizure of lawfully owned private property that is not bound by commercial, statutory, or legal authority.

- **Breach of Sworn Oath** by failing to uphold the constitution and laws of this nation, and failure to honor one's inherent right to due process, equal protection under the law, owning private property, and the prohibition of involuntary servitude.

- **Abuse of Authority** by engaging in conduct not qualified by the scope and authority of the office being held, with a voluntary misrepresentation intended to create the perception that said conduct is qualified by the office being held.

- **Gross Negligence** by voluntarily failing to exercise slight diligence or care, and consciously engaging in an act or omission in reckless disregard of a duty and the consequences to another party.

- **Deprivation of Rights Under the Color of Law** by engaging in conduct not qualified by the office being held, under the guise of official and lawful capacity, with intent to extract property or compel performance.

- **Conspiracy to Commit Deprivation of Rights** by engaging in conversation or communication with another to deprive the rights of any member of the people who is endowed with inalienable rights.

- **Failure to Uphold the Law** by setting aside priority evidence and failing to act lawfully by carrying out the external enforcement function of a false arrest and seizure of property not regulatable under the scope and authority of the office(s) being held.

- **Misrepresentation** by voluntarily misrepresenting improper or unlawful conduct as being qualified by the scope and authority of the office(s) being held.

- **Unlawful Adjudication** by knowingly setting aside material facts and making an unauthorized contrary determination of law to reach a conclusion of law that the automobile and property

named herein-above was declared (by consent of the owner) to be public property, subject to commercial, statutory, and/or legal authority, as evidenced by a current registration and/or up-to-date records held within a county or state agency.

- **Defamation of Character** by publicly speaking and displaying defaming information and content regarding me.

- **Treason** by knowingly and willingly aiding, supporting, defending, and employing a system of external enforcement functions, grounded in administrative procedures, that circumvents the Bill of Rights and abridges the inalienable rights of the American people.

- **Human Trafficking**, by forcibly detaining, transporting, and restraining me with intent to exploit me and realize a monetary gain and/or benefit of a particular kind, type, variety, or nature.

- **Crimes Against Humanity**, by the enforcement of a commercial system of administrative procedures with the intent of subjecting me to involuntary servitude of a physical and/or economic nature, resulting in undue hardship, detriment, loss, pain, mental anguish, and suffering.

### 5. Conclusion

Milouse Saint-Fleur and Christopher Stropes willingly engage in lawless tactics, and their conduct is found to be without justification as liability for misconduct is never excused under a defense of following the orders of a superior officer.

As such, any claim of ignorance of the supreme law of our nation (Constitution/Bill of Rights) will never serve as a mountable defense.

In lieu of finding the truth and exercising duty of care to avert potential harm to an innocent woman, Milouse Saint-Fleur and Christopher Stropes did engage in conversation or communication to organize and plan the external enforcement function of a false arrest, imprisonment, and seizure of privately-owned property not regulatable under commercial, statutory, and/or legal authority.

Milouse Saint-Fleur and Christopher Stropes swore under oath to uphold the constitution and laws of the United States, an oath which they openly violate under the guise of public safety.

By a standard of average intelligence and sound reasoning, the conduct and practices of Milouse Saint-Fleur and Christopher Stropes indicate they lack the integrity, moral fortitude, and mental faculties required of anyone serving the public interest.

By a standard of average intelligence and sound reasoning, the conduct and practices of Milouse Saint-Fleur and Christopher Stropes indicate an abhorrent disdain for the protections enumerated within the Bill of Rights.

By a standard of average intelligence and sound reasoning, the conduct and practices of Milouse Saint-Fleur and Christopher Stropes indicate they favor expanding the scope and authority of the office(s) held in order to diminish one's desire to invoke the protections enumerated within the Bill of Rights.

Under the standard of reasonable-articulable suspicion the allegations of unlawful conduct, violation of private rights, conspiracy, and others enumerated herein, are properly established against Milouse Saint-Fleur and Christopher Stropes.

Milouse Saint-Fleur and Christopher Stropes are afforded no qualified immunity, as such immunity only serves to shield a "Public Official" who engages in conduct that is qualified under the constitution and by the scope and authority of the office being held.

Qualified Immunity may never serve to shield the conduct of Milouse Saint-Fleur and Christopher Stropes from a comprehensive investigation and the finding of facts by a jury.

The conduct in question and the allegations established under the standard of reasonable-articulable suspicion are lodged against Milouse Saint-Fleur and Christopher Stropes, who are of the people, bearing unlimited liability and without protections under qualified immunity.

WHEREFORE, the allegations against Milouse Saint-Fleur and Christopher Stropes are established as being triable before a jury that will render a decision upon the finding of facts.

### 6. Declaration of Authority to Bring this Claim

*We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the pursuit of Happiness. — That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, — That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to affect their Safety and Happiness.* **(Declaration of Independence – July 4, 1776).**

LET IT BE KNOWN, that Milouse Saint-Fleur and Christopher Stropes are operating as government officials whose conduct is alleged to be "destructive" to the rights of the people.

The bringing forth of this suit at common-law will serve as the lawful commencement of abolishing the ability of Milouse Saint-Fleur and Christopher Stropes to continue occupying any position within any government agency.

### 7. Jury Demand

As the members of a common-law jury will respectively bear the cost of their decisions, they form the only body in this nation that can administer pure, blind, equal, and unadulterated justice.

WHEREFORE, demand is hereby made for this claim to be judged by a jury in accordance with the 7th Amendment to the Bill of Rights, and no waiver of jury trial will be given by me or inferred by the court on my behalf from acquiescence, unconscionable acts, omissions, and the like.

### 8. Advisory of Non-Consent

The courts in the United States of America have a documented history of resisting suits at common-law, beginning with the clerk of court who, upon receipt of said suit, will present a CIVIL COMPLAINT form with a verbal directive to fill out said form. As no other options are presented by the clerk, one is persuaded to fill out said CIVIL COMPLAINT form, thereby creating the perception of consent for classifying the suit at common-law as a Civil Action.

Subsequently, the suit (now classified a Civil Action) is moved under administrative jurisdiction and the court invokes its perceived authority to entertain pretrial magistrate reports and motion(s) to dismiss, all of which hinge on the Federal Rules of Civil Procedure, statutes, and the like.

However, as the Federal Rules of Civil Procedure and statutes employed by administrative judges were not in effect at the time the 7th Amendment was adopted, they are not in line with our nation's history and are wholly inapplicable within suits at common-law. _(New York State Rifle & Pistol Association v. Bruen)_.

Furthermore, the 7th Amendment to the Bill of Rights guarantees the right of a jury trial in suits at common-law, and controlling authorities mandate that a jury must be presented with all the evidence in order to **"find the facts."** _(SEC V. Jarkesy; 7th Amendment to the Bill of Rights)_.

As such, the entertainment of pretrial motions and Magistrate recommendations, and the granting thereof by any judge, would establish an impeachable offense and the triable allegation of treason for willingly aiding, supporting, defending, and employing a system of administrative procedures that circumvents the Bill of Rights and wars against the inalienable rights of the American people.

Accordingly, let it be known and understood that NO CONSENT is given by me for this suit being classified as a Civil Action, moved under administrative jurisdiction, assigned to a Magistrate Judge (or any other non-Article III official), and no inference by unconscionable act(s), omission(s), tacit agreement(s), or acquiescence will be deemed as justification for the court to overshadow my clear and unambiguous declaration of NO CONSENT.
It is clearly stated that this is a Suit at Common-Law with a common-law jury demand. As such, no motion(s) or report(s) based on civil

procedures, statutes, or district court decisions will be acknowledged by me. Accordingly, any nonresponse thereto may in no way infer my acquiescence to said motion(s) or report(s), as it is not possible to acquiesce into terms that have no standing or jurisdiction and are wholly inapplicable with no lawful force and effect.

WHEREFORE, demand is made to assign this suit at common-law to an Article III judge who will, without undue delay, move the matter toward a trial to be held on the earliest possible day and time.

### 9. Damages Sought

Upon a finding that the allegations named herein are established as truth and facts, I am seeking the following recompense and damages:

> **Damages from Milouse Saint-Fleur**: $5,000,000 (five million dollars), plus costs, in addition to any other damages, sanctions, and the like, that the jury may deem appropriate upon the finding of facts.
>
> **Damages from Christopher Stropes**: $5,000,000 (five million dollars), plus costs, in addition to any other damages, sanctions, and the like, that the jury may deem appropriate upon the finding of facts.

### 10. Declaration of Counsel

I hereby choose Scott Bernard, lead counsel for Brookstone Law, PLC, as my counsel of choice to assist me as I see fit.

I authorize all correspondence and communications to be mailed to: *Scott Bernard, Brookstone Law, PLC, 1113 Range Avenue, #110-109, Denham Springs, Louisiana 70726.*

Sealed this 21st day of March in the year of our Lord 2025.

/s/Kerry Murray
_____
Kerry Murray

_____
*Scott Bernard*, Lead Counsel
Brookstone Law, PLC
1113 Range Ave., #110-109
Denham Springs, Louisiana 70726

SERVICE: I, the undersigned third-party, hereby affirm that a copy of the foregoing was sent to **Milouse Saint-Fleur and Christopher Stropes at 14400 49th Street N., Clearwater, FL33762.**

_____
Gianna Miceli