8:25cv869 WFJ-TGW

## *** Notice to Court Clerk ***

Courts in the United States of America have a documented history of resisting suits at common-law, beginning with the clerk of court who, upon receipt of said suit, will present a CIVIL COMPLAINT form with a verbal directive to fill out said form.

With the completed CIVIL COMPLAINT form in hand, **the clerk will enter the suit at common-law and assign a case number with the letters "CV" imbedded to indicate the suit is a Civil Action.**

Subsequently, based on the suit being entered as a Civil Action, the court will invoke its perceived authority to entertain pretrial magistrate reports and motion(s) to dismiss, all of which hinge on the Federal Rules of Civil Procedure, statutes, and the like.

**THEREFORE, please take notice that:**

- This is a suit at common-law, not a Civil Action.

- I offer no consent to this suit at common-law being classified as a Civil Action through inferring consent by my unconscionable acts, omissions, and the like.

- This suit at common-law contains a common-law jury demand pursuant to the 7th Amendment to the Bill of Rights.

- This suit at common-law may not be assigned a case number with the letters "CV" imbedded therein.

- This suit at common-law may not be assigned to a magistrate.

- This suit at common-law must be assigned to an Article III judge.

- I will not tender a fee for filing this suit at common-law, as all people are guaranteed access to a free and fair judiciary despite economic status.

**Brookstone Law, PLC**
*1113 S. Range Ave., Suite 110-109*
*Denham Springs, LA 70726*

April 8th, 2025

To all respondents:

*Milouse Saint-Fleur*
*Christopher Stropes*
*PO Box Drawer 2500*
*Largo, Florida 33779*

You are named as the alleged causer of grievance(s) in a suit at common-law, and are hereby served a true and correct copy thereof.

Said suit at common-law is being brought forth in a proper venue located in the City of Tampa, within the territorial boundaries of Florida.

The place and location of said venue is commonly known as the United States District Court, located at:

*801 North Florida Avenue*
*Tampa, Florida 33602*
*(813) 301-5400*

For additional case information, you may contact the clerk of court:

By Mail:   *Clerk, U.S. Dist. Court*
           *801 North Florida Avenue Tampa, Florida 33602*

By Phone:  *(813) 301-5400*

Thank you for your kind attention.

Regards,

Scott Bernard
Assistance of Counsel
for and with Kerry Murray