ORIGIN ID:OPLA  (646) 772-1149
C/O SCOTT BERNARD
BROOKSTONE LAW, PLC
1113 S. RANGE AVE
STE 110-109
DENHAM SPRINGS, LA 70726
UNITED STATES US

SHIP DATE: 08APR25
ACTWGT: 0.20 LB
CAD: 6571183/ROSA2610

TO **CLERK, US DISTRICT COURT**

**801 NORTH FLORIDA AVE**

**TAMPA FL 33602**
(813) 301-5400   REF:

FedEx Express

TRK# 8804 0085 5476
0201

**XS KYOA**

PRIORITY OVERNIGHT
728-5058
33602-3849-99
TAMPA,FL
880400855476

4366 WED 04/09 07:52
801 N FLORIDA AVE
10:30A
WED OVERNIGHT

